**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01508-CMA-BNB

DOETTA LIVINGSTON,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC., an Ohio corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 13) signed by the attorneys for the parties hereto it is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  July   16  , 2012

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge